244 So.2d 860

**CITY OF NEW ORLEANS**

v.

**Mallie LEWIS.**

**No. 51231.**

March 10, 1971.

The judgment of the lower court is correct.

DIXON, J., dissents from refusal, being of the opinion that the ordinance is clearly unconstitutionally vague, overboard and is an unlawful restriction upon freedom of speech.

244 So.2d 861

**Succession of Horace PLUMMER.**

**No. 51229.**

March 10, 1971.

 On the facts found by the Court of Appeal, the result is correct.